# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

KEVIN DOUGLAS DYER,                    )
                                       )
       Plaintiff,                 )          No. 2:11-cv-00021
                                       )          Judge Sharp
v.                                     )
                                       )
PUTNAM  COUNTY SHERIFF'S               )
DEPARTMENT et al.,                     )
                                       )
       Defendants.                )

## O R D E R

The plaintiff brings this *pro se* action under 42 U.S.C. § 1983.  (Docket No. 1).  The plaintiff has submitted an application to proceed *in forma pauperis*.  (Docket No. 2).  At the time he filed his complaint and application, the plaintiff was an inmate at the Putnam County Justice Center.

The court entered an order on February 28, 2011, notifying the plaintiff that his application to proceed *in forma pauperis* was defective because he had not provided a certified copy of his inmate trust fund account statement for the six (6) month period immediately preceding the filing of his complaint as required by 28 U.S.C.§ 1915(a)(2).  (Docket No. 3).  The court ordered the plaintiff to submit to the court within thirty (30) days either a certified copy of his inmate trust fund account statement or the full three hundred fifty dollar ($350.00) filing fee.   (*Id*.)  On March 31, 2011, the plaintiff submitted a copy of his inmate trust fund account statement.  (Docket No. 7).

On June 1, 2011, pursuant to the division of the docket upon the appointment of the undersigned as United States District Judge, and as provided in Administrative Order No. 138,  this action was transferred to the docket of the undersigned.  (Docket No. 7).  On that same day, the Clerk's Office mailed the plaintiff a copy of the order transferring the case to the address provided by the plaintiff.  (Docket No. 8).  On June 3, 2011, the certified mail receipt was returned to the

court as "undeliverable, return to sender, attempted not known." (Docket No. 9). On June 6, 2011, the Clerk's Office received additional returned mail addressed to the plaintiff from the Circuit Court Clerk for Putnam County Justice Center. (Docket No. 10).

It appears that the plaintiff has not kept the court apprised of his current mailing address. It also appears that the plaintiff has been released from custody.[1] The forwarding address he provided to the Putnam County Justice Center upon release is: 129 Tays Meadows Lane, Bloomington Springs, Tennessee, 38545. If the plaintiff intends to proceed with this lawsuit, he must provide the court with his current address or confirm in writing that the above address is the plaintiff's correct address within fourteen (14) days of receipt of this order.

Because the plaintiff is no longer incarcerated, if he wishes to proceed as a pauper, he must also submit a new application to proceed *in forma pauperis* for non-inmates. The Clerk is **DIRECTED** to mail the plaintiff a blank application for his convenience. The plaintiff shall submit the completed application within fourteen (14) days of receipt of this order. In lieu of proceeding as a pauper, the plaintiff instead may submit the full civil filing fee of $350.00 to the court within fourteen (14) days.

The plaintiff is forewarned that failure to comply with this order will result in his case being dismissed.

It is so **ORDERED.**

Kevin H. Sharp
_____
Kevin H. Sharp
United States District Judge

---

[1]The court contacted the Putnam County Justice Center by telephone on June 21, 2011. The court was advised that the plaintiff was released from custody on March 17, 2011.